UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY, JR., | No. 2:16-cv-1172 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, et al., | |
| Defendants. | |

   Plaintiff is proceeding, without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. (ECF No. 6.) This action is dismissed for the reasons stated herein.

   On November 14, 2016, an order served on plaintiff was returned unserved. Local Rule 183(b) requires that a party appearing in propria persona inform the court of any address change. Accordingly, on November 16, 2016, the undersigned ordered plaintiff to show cause within thirty days why this action should not be dismissed for his failure to keep the court apprised of his current address. On November 29, 2016, the November 16, 2016 order was also returned unserved.

   More than sixty-three days have passed since the November 14, 2016 court order was returned by the postal service and plaintiff has failed to notify the court of a current address.

////

1

1 | Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice
2 | for failure to prosecute.  See Local Rule 183(b).
3 | Dated:  January 19, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gray1172.dis